NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:08-CR-79

Cryostar SAS
      (Defendant)


TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☑ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

                                                (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Steven Johnson DC Bar # 447856
           (Attorney & Bar ID Number)

Schnader Harrison Segal & Lewis
         (Firm Name)

2001 Pennsylvania Ave, NW, Suite 300
         (Street Address)

Washington        DC        20006
   (City)         (State)      (Zip)

(202) 419-4224
      (Telephone Number)