IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 1:08-CR-79 (JCK) |
| Cryostar SAS, ) | |
| ) | |
|     Defendant. ) | |
| ) | |
| ) | |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

In accordance with LCvR 83.2, the undersigned attorney of record for Cryostar SAS ("Defendant") respectfully moves for the admission *pro hac vice* of Elizabeth K. Ainslie, of the law firm of Schnader Harrison Segal & Lewis L.L.P., 1600 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103. A declaration from Ms. Ainslie is attached hereto, providing the information called for under LCvR 83.2(d). A proposed Order is also attached.

Respectfully submitted,

*/s/*

_____
Steven Johnson (D.C. Bar No. 447856)
Schnader Harrison Segal & Lewis L.L.P.
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 419-4224
Facsimile: (202) 419-3454

\_\_/s/_____
Elizabeth K. Ainslie
Schnader Harrison Segal & Lewis
1600 Market Street, Suite 3600

Philadelphia, PA 19103
Telephone: (215) 751-2359
Facsimile: (215) 751-2205

**ATTORNEYS FOR DEFENDANT
CRYOSTAR SAS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear Pro Hac Vice, accompanying Declaration by Elizabeth K. Ainslie and proposed Order were served electronically on this 9th day of April, 2008 upon:

Jonathan M. Malis D.C. Bar No. 454548
Assistant U.S. Attorney
National Security Section
Telephone: (202) 305-9665
Jonathan.M.Malis@usdoj.gov

_____
Steven Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>) Criminal Action No. 1:08-CR-79 (JCK)<br>Cryostar SAS, )<br>)<br>    Defendant. )<br>) | |

**<u>DECLARATION OF ELIZABETH AINSLIE IN SUPPORT OF MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*</u>**

I, Elizabeth Ainslie, respectfully submit to the Clerk of Court the following information required by Local Rule 83.2(d):

1. My name is Elizabeth K. Ainslie.

2. My office address is:

   Schnader Harrison Segal & Lewis
   1600 Market Street, Suite 3600
   Philadelphia, PA 19103
   Telephone: (215) 751-2359
   Facsimile: (215) 751-2205

3. I am admitted to practice in the State Bar of Pennsylvania (PA Bar No. 35870).

3

PHDATA 3079858_1

4. I certify that I have not been disciplined by any bar. Attached as Exhibit A is a Certificate of Good Standing from the Clerk of the Supreme Court of Pennsylvania

5. I have never before been admitted *pro hac vice* in this Court.

6. I do not have an office in the District of Columbia and I am not a member of the District of Columbia bar.

I declare under penalty of perjury under the law of the United States of America that the foregoing information is true and correct.

/s/_____
Elizabeth K. Ainslie



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Elizabeth K. Ainslie, Esq.*

DATE OF ADMISSION

*February 11, 1982*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 8, 2008

Patricia A. Johnson
Chief Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| USA,                                                    )<br>                                                              )<br>     Plaintiff,                                        )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>Cryostar SAS,                                     )<br>                                                              )<br>     Defendant.                                    )<br>                                                              )<br>                                                              ) | Criminal Action No. 1:08-CR-79 (JCK) |

## **ORDER**

Upon consideration of Defendant Cryostar SAS's Motion for Leave to Appear *Pro Hac Vice* and the accompanying Declaration or Elizabeth K. Ainslie and the record herein, it is this ___ day of _____, 2008:

**ORDERED**, that Defendant's motion be and hereby is **GRANTED**, and that Elizabeth K. Ainslie be and hereby is granted leave to appear *pro hac vice* on behalf of Defendant Cryostar SAS.

_____