IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USA,<br><br>    **Plaintiff,**<br><br>v.<br><br>Cryostar SAS,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Criminal Action No. 1:08-CR-79 (JCK)<br>)<br>)<br>)<br>) |

**FILED**

APR - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Defendant Cryostar SAS's Motion for Leave to Appear *Pro Hac Vice* and the accompanying Declaration or Elizabeth K. Ainslie and the record herein, it is this 9th day of April, 2008:

**ORDERED**, that Defendant's motion be and hereby is **GRANTED**, and that Elizabeth K. Ainslie be and hereby is granted leave to appear *pro hac vice* on behalf of Defendant Cryostar SAS, *subject to her filing a certification that she is familiar with the Local Rules.*

Colleen Kollar-Kotelly

