AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

**FILED**
APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

―――――――――――――― DISTRICT OF ――――――――――――――

UNITED STATES OF AMERICA
V.

CRYOSTAR SAS

WAIVER OF INDICTMENT

CASE NUMBER: 08-079

I, [DANIEL MEYER for] CRYOSTAR SAS, the above named defendant, who is accused of

violations of 18 USC §371, 31 CFR Part 560 + 18 USC §2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on APRIL 10, 2008 _____ prosecution by indictment and consent that the
                              Date
proceeding may be by information rather than by indictment.

_for_ Defendant CRYOSTAR SAS

_____
Counsel for Defendant

Before _____
        Judicial Officer