CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Criminal No. 08-079 |
| | ) | |
| CRYOSTAR SAS | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

CRYOSTAR ~~USA~~ SAS
by _____
         Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge