UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 08-079 |
| | : | Judge Colleen Kollar-Kotelly |
| CRYOSTAR SAS | : | |
| Defendant | : | |

**ORDER**

FILED
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than JUNE 20, 2008.

The Parties shall file its Memorandum in Aid of Sentencing by no later than JULY 3, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on JULY 17, 2008 9:00 A.M.

IT IS SO ORDERED,

Date: 4/11/08

Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers          Pretrial
     Files             Jonathan Malis, AUSA
     Probation         Elizabeth Ainslie, Esquire