IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| Cryostar SAS, | ) Criminal Action No. 1:08-CR-79 (JCK) ) ) |
|     Defendant. | ) ) ) |

FILED
MAY 23 2008
Clerk, U.S. District and
Bankruptcy Courts

**NOTICE OF FILING**

    Please accept for filing applicant's Certificate of Good Standing on behalf or Elizabeth K. Ainslie.

/s/_____
Elizabeth K. Ainslie

CR 08-79



## Supreme Court of Pennsylvania

FILED

JUN 23 2008

Clerk, U.S. District and
Bankruptcy Courts

# CERTIFICATE OF GOOD STANDING

### Elizabeth K. Ainslie, Esq.

**DATE OF ADMISSION**

*February 11, 1982*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 8, 2008

*Patricia A. Johnson*

Patricia A. Johnson
Chief Clerk