IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. 1:08-CR-79 (JCK) |
| v. | ) | |
| | ) | |
| Cryostar SAS, | ) | Sentencing: July 17, 2008 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**<u>DEFENDANT'S MEMORANDUM IN SUPPORT OF</u>**
**<u>RULE 11(c)(1)(C) PLEA AND SENTENCING</u>**

Defendant Cryostar SAS respectfully submits this memorandum in support of its recommendation that the Court accept the parties' written plea agreement and sentence defendant to a criminal fine of $500,000 and corporate probation of two years.

The Court should, we submit, accept the plea negotiated between the parties and impose the sentence agreed to by the parties, because it is a fair resolution of a long-standing dispute between the government and the defendant. The negotiations that led to the plea agreement here occurred over a span of some five years, and in the negotiations many legitimate points were made by both sides.[1] Basically, on the one hand, Cryostar is a French company which operates in France, a country in which trading with Iran is legal and its role in facilitating the conspiracy between Ebara and the significantly larger French firm denoted "TN" in the government's papers was quite small. On the other hand, the evidence was clear that, however small Cryostar's role

---

[1] Some of the points made by Cryostar's counsel over that five year span are set forth in the supplemental factual statement submitted by Cryostar to the probation officer and set forth in full in her excellent report.

was, it was a role which was consciously accepted by a Cryostar employee whose actions legally bind Cryostar SAS.  The parties thus agreed to this sentence after much thought and discussion of the alternatives.

Moreover, as the government's sentencing memorandum makes clear, the agreed upon sentence is proportional to the sentence imposed on Ebara, the American company that was a principal in the scheme to evade the American embargo in trading with Iran.

We therefore respectfully request that this Court accept the plea agreement entered into by the parties and impose the agreed-upon sentence of a fine of $500,000 and corporate probation of two years.

Respectfully submitted,

/s/ Gordon S. Woodward
Gordon S. Woodward (DC Bar No. 452626)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20006
Telephone: (202) 419-4215
Facsimile: (202) 419-4253


/s/ Elizabeth K. Ainslie
Elizabeth K. Ainslie
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone: (215) 751-2359
Facsimile: (215) 751-2205

**ATTORNEYS FOR DEFENDANT CRYOSTAR SAS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Memorandum in Support of Rule 11(c)(1)(C) Plea and Sentencing were served via the Court's Electronic Case Filing system on this 3rd day of July, 2008, upon:

Jonathan M. Malis D.C. Bar No. 454548
Assistant U.S. Attorney
National Security Section
Telephone: (202) 305-9665
Jonathan.M.Malis@usdoj.gov


/s/ Gordon S. Woodward
Gordon S. Woodward