IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Criminal Action No. 1:08-CR-79 (JCK) |
| v. | ) | |
| | ) | |
| Cryostar SAS, | ) | Sentencing:  July 17, 2008 |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Gordon S. Woodward of Schnader Harrison Segal & Lewis LLP as counsel for Defendant in the above-referenced matter.  The Clerk will please strike the appearance of Stephen R. Johnson, formerly of Schnader Harrison Segal & Lewis LLP as counsel for Defendant in this action.

    Respectfully submitted,

/s/ Gordon S. Woodward
Gordon S. Woodward (DC Bar No. 452626)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20006
Telephone: (202) 419-4215
Facsimile: (202) 419-4253

/s/ Elizabeth K. Ainslie
Elizabeth K. Ainslie
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone: (215) 751-2359
Facsimile: (215) 751-2205

**ATTORNEYS FOR DEFENDANT
CRYOSTAR SAS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was served via the Court's Electronic Case Filing system on this 8th day of July, 2008, upon:

Jonathan M. Malis D.C. Bar No. 454548
Assistant U.S. Attorney
National Security Section
Telephone: (202) 305-9665
Jonathan.M.Malis@usdoj.gov


          /s/ Gordon S. Woodward
          Gordon S. Woodward