AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Organizational Defendants) |
| CRYOSTAR SAS | CASE NUMBER: 08-079 (CKK) |

**FILED**
**JUL 1 8 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Elizabeth K. Ainslie
Defendant Organization's Attorney

**THE DEFENDANT ORGANIZATION:**

☑ pleaded guilty to count(s)   1, 2, and 3 of the Information.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 371 | Conspiracy to Commit Offenses Against the United States | 5/18/2004 | 1 |
| 50 USC 1701-1706; CFR Part 560; 18 USC 2 | Export Without an Export License, Aiding and Abetting and Causing an Act to be Done | 5/8/2004 | 2 |

The defendant organization is sentenced as provided in pages 2 through   10   of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 947 252 029 00014

Defendant Organization's Principal Business Address:

Zone Industrielle
68220 Hesingue, France

7/17/2008
Date of Imposition of Judgment

_____
Signature of Judge

Colleen Kollar-Kotelly                US Dristrict Court
Name of Judge                          Title of Judge

7/18/08
Date

Defendant Organization's Mailing Address:

68220 Hesingue, France

(N)

DEFENDANT ORGANIZATION: CRYOSTAR SAS
CASE NUMBER: 08-079 (CKK)

Judgment—Page 2 of 10

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 50 USC 1701-1706; 31 CFR Part 560; 18 USC 2 | Attempted Export Without an Export License | 5/18/2008 | 3 |

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

DEFENDANT ORGANIZATION: CRYOSTAR SAS
CASE NUMBER: 08-079 (CKK)

Judgment—Page __3__ of __10__

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :
Two (2) years on Count 1; Two (2) years on Count 2; and Two (2) years on Count 3, to run concurrent.


The defendant organization shall not commit another federal, state or local crime.


If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.


The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).


## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
                 Sheet 2B — Probation

| | |
|---|---|
| DEFENDANT ORGANIZATION: CRYOSTAR SAS<br>CASE NUMBER: 08-079 (CKK) | Judgment—Page 4 of 10 |

## SPECIAL CONDITIONS OF SUPERVISION

The corporation shall implement and maintain an effective compliance and ethics program that fully comports with the criteria set for in USSG 8B2.1 including, but not limited to, (a) maintaining permanent compliance and ethics office and a permanent educational and training program relating to federal laws governing payments to, transactions involving, and other dealings with individuals, entities, or countries designated by the United States government as Foreign Terrorist Organizations. Specially-Designated Global Terrorists, Specially-Designated Narcotics Traffickers, and/or Countries Supporting International Terrorism, and/or any such federally-designated individuals, entities, or countries; (b) ensuring that a specific individual remains assigned with overall responsibility for the compliance and ethics program; and (c) ensuring that the specific individual reports directly to the Chief Executive Office Cryostar SAS, no less frequently than on an annual basis on the effectiveness of the compliance and ethics program.

The corporation shall provide the Probation Office with income tax returns, authorization for release of credit information, and any other business or financial information in which it has a control or interest as directed by probation.

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 3 — Criminal Monetary Penalties

|  |  | Judgment — Page 5 of 10 |
|---|---|---|
| DEFENDANT ORGANIZATION: CRYOSTAR SAS | | |
| CASE NUMBER: 08-079 (CKK) | | |

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 1,200.00 | $ 500,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☒ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: CRYOSTAR SAS
CASE NUMBER: 08-079 (CKK)

Judgment — Page 6 of 10

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☑ Lump sum payment of $ __1,200.00__ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with    ☐ C or    ☐ D below; or

B  ☐ Payment to begin immediately (may be combined with    ☐ C or    ☐ D below); or

C  ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☑ Special instructions regarding the payment of criminal monetary penalties:

   IT IS ORDERED that the corporation shall pay a fine in the amount of $500,000 on Counts 1 through 3. Payment of the fine shall be paid immediately to the Clerk of the Court for the United States District Court District of Columbia.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.